No. 24-10372

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

FAIR FIGHT, INC.,

                Plaintiff-Appellant

v.

CATHERINE ENGLEBRECHT, *et al.*,

                Defendants-Appellees

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

                KATHLEEN P. WOLFE
                 Deputy Assistant
                 Attorney General

                Noah B. Bokat-Lindell
                 Attorney
                 Department of Justice
                 Civil Rights Division
                 Appellate Section
                 Ben Franklin Station
                 P.O. Box 14403
                 Washington, D.C. 20044-4403
                 (202) 598-0243

*Fair Fight, Inc. v. Catherine Engelbrecht, et al.*, No. 24-10372

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rules 26.1-1 to 26.1-3, counsel for amicus curiae United States hereby certifies that, in addition to the persons and entities previously identified in the briefs filed in this matter, the following persons may have an interest in the outcome of this case:

Clarke, Kristen, former counsel for the United States;[1]

Wolfe, Kathleen, U.S. Department of Justice, Civil Rights Division, counsel for the United States.

s/ Noah B. Bokat-Lindell<br>
NOAH B. BOKAT-LINDELL<br>
  Attorney

Date: February 19, 2025

---

[1] Ms. Clarke has left the U.S. Department of Justice and no longer represents the United States.

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Bonnie I. Robin-Vergeer as counsel of record in the above-captioned case. Effective February 12, 2025, Ms. Robin-Vergeer is not working in the Civil Rights Division of the Department of Justice.

The United States will continue to be represented by Noah B. Bokat-Lindell.

Respectfully submitted,

KATHLEEN P. WOLFE
  Deputy Assistant
  Attorney General

s/ Noah B. Bokat-Lindell
NOAH B. BOKAT-LINDELL
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C. 20044-4403
  (202) 598-0243

# CERTIFICATE OF COMPLIANCE

I certify that the attached motion:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), contains 59 words; and

(2) complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

s/ Noah B. Bokat-Lindell  
NOAH B. BOKAT-LINDELL  
 Attorney

Date:  February 19, 2025