# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10372

_____

FAIR FIGHT, INC.,

                                                            Plaintiff-Counter Defendant
                                                                                           Appellant,

JANE DOE, et al.,

                                                         Plaintiffs-Counter Defendants,

*versus*

CATHERINE ENGELBRECHT,
DEREK SOMERVILLE,
MARK DAVIS,
MARK WILLIAMS,
RON JOHNSON, et al.,

                                                    Defendants-Counter Claimant
                                                                                       Appellees,

JOHN DOES 1-10, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:20-cv-00302-SCJ

_____

ORDER:

Motion to withdraw Bonnie I. Robin-Vergeer as counsel of record filed by Attorney Noah Bokat-Lindell for Amicus Curiae USA, is GRANTED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE