# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-10372

---

FAIR FIGHT, INC.,

*Plaintiff-Counter Defendant Appellant,*

JANE DOE, et al.,

*Plaintiffs-Counter Defendants,*

*versus*

CATHERINE ENGELBRECHT,
DEREK SOMERVILLE,
MARK DAVIS,
MARK WILLIAMS,
RON JOHNSON, et al.,

*Defendants-Counter Claimant Appellees,*

JOHN DOES 1-10, et al.,

*Defendants.*

2                          Order of the Court                          24-10372

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:20-cv-00302-SCJ

ORDER:

Motion to withdraw as counsel filed by Attorney David N. Goldman for Amicus Curiae USA is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION